IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff　　　　　　　　　　　　　Case No. 3:20-cr-0065

    -vs-

CHRISTOPHER JAMES CURRY　　　　　　　Judge Thomas M. Rose

    Defendant

## ORDER

In light of the reports and representations of officials at the Shelby County Jail, which have been submitted to the Court and filed under seal (Doc. 16), the Court finds that there is reasonable cause to believe that the Defendant may be presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Accordingly, upon the Court's own motion under 18 U.S.C. Section 4241(a), it is hereby

ORDERED as follows:

1. Pursuant to Title 18, Sections 4241, 4247(b) and 4247(c) of the United States Code, Defendant Christopher James Curry shall be committed to the custody of the Attorney General of the United States, or his authorized representative, for placement in an institution designated by the Bureau of Prisons, where a complete psychological and psychiatric study can be made in accordance with 18 U.S.C. Section 4247(b) with a report to be furnished to the Court, and all counsel, in accordance with 18 U.S.C. Section 4247(c).

2. The purpose of the evaluation shall be:

    a) For conducting psychiatric and psychological examinations by one or more licensed or certified psychiatrists and clinical psychologists;

    b) For the purpose of determining whether the Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is

    unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

3. Pursuant to Rule 12.2(c), the Defendant is to submit to such examinations as ordered above.

4. The examiner and/or examiners designated to conduct such examinations shall, pursuant to 18 U.S.C. Section 4247(c), file with the Court as soon as possible after the completion of such examinations with copies provided to counsel for the Defendant and counsel for the United States, and said report shall include:
   (a) Defendant's history and present symptoms;
   (b) Description of the psychiatric, psychological and medical tests that were employed and their results;
   (c) Examiner's findings;
   (d) Examiners opinions as to diagnosis and prognosis, and
     i) Whether the Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense;

5. Pursuant to 18 U.S.C. Section 4247(b), the Defendant shall be committed to the custody of the Attorney General for the purpose of such examinations for a reasonable period of time not to exceed FORTY-FIVE (45) days, unless otherwise ordered by the Court.

6. That the Defendant be FORTHWITH RETURNED to the custody of the United States Marshal, to be returned to his present place of incarceration no later than the expiration of the (45) day period.

7. In light of the Defendant's criminal history, the Court recommends that the Bureau of Prisons conduct the above examination of the Defendant in as secure a facility as possible.

July 15, 2020                        *s/Thomas M. Rose*

                                           Thomas M. Rose, Judge
                                           United States District Court