UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                            Case No. 3:20-cr-65

vs.

CHRISTOPHER JAMES CURRY,          District Judge Michael J. Newman

    Defendant.

_____

### ORDER STRIKING DEFENDANT'S *PRO SE* FILING (DOC. 21)
_____

       This criminal case is before the Court on a document submitted to the Court by Defendant, which purports to be a *pro se* motion.  Doc. 21.  Defendant, however, is represented by counsel in this case and is not proceeding *pro se*.  Defendant has no right to proceed both *pro se* and with the assistance of counsel.  *United States v. Mosely*, 810 F.2d 93, 97–98 (6th Cir. 1987).  Accordingly, the Court **STRIKES** Defendant's submission and will not consider any arguments advanced therein unless and until those arguments are presented in a motion filed by counsel.

    **IT IS SO ORDERED.**

Date:   January 11, 2021                             s/ Michael J. Newman
                                                                           Michael J. Newman
                                                                           United States District Judge