UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                               Case No. 3:20-cr-65

vs.

CHRISTOPHER JAMES CURRY,         District Judge Michael J. Newman
                                                                    Magistrate Judge Peter B. Silvain, Jr.

    Defendant.

---

### ORDER ADOPTING IN FULL THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (DOC. NO. 58)

---

This criminal case is before the Court on the Report and Recommendation of the Magistrate Judge, recommending that the Court accept Defendant's guilty plea.  Doc. No. 58.  There being no objections, the Court **ADOPTS** the Report and Recommendation in full.  The Court accepts Defendant's plea of guilty as charged in count one of the superseding indictment, which charges him with being a felon in possession of a firearm in violation of Title 18 U.S.C. §§ 922(g)(1), 924(a)(2).  Doc. No. 38.  The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing on **February 8, 2022 at 2:00 PM**.

    **IT IS SO ORDERED.**

  November 4, 2021                                         s/ Michael J. Newman
                                                                       Hon. Michael J. Newman
                                                                       United States District Judge